# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH MORGAN TODD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18-cv-01513-LSC |
| | ) | |
| PFIZER INC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

### ORDER

Before this Court is Defendant Pfizer Inc.'s Motion to Dismiss. (Doc. 19.) Plaintiff has ten (10) days from the date of this Order to respond to the Motion. Plaintiff's response shall not exceed twenty (20) double-spaced pages. Defendant will thereafter have seven (7) days to file a reply, not to exceed five (5) double-spaced pages. The type size for all submissions must be at least 14 points, except that footnotes may be in 12-point type. After the briefing period has expired, the Court will take Defendant's motion under consideration without further notice to the parties.

**DONE** and **ORDERED** on July 19, 2019.

_____
L. Scott Coogler
United States District Judge

195126